**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
IN RE:                              )
                                    )
  ROGER DALE DAVIS                  )
  SSN: XXX-XX-7324                  )    CASE NO. 08-54047
                                    )          CHAPTER 7
        AND                         )    JUDGE J. E. HOFFMAN, JR.
                                    )
  JACQUELINE C. DAVIS               )
  SSN: XXX-XX-8269                  )
                                    )
        Debtors                     )
```

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND**
**UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $208.35 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and address(es) of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name** | **Claim No.** | **Amt. Of Dividend** |
|---|---|---|
| Great Lakes<br>P.O. Box 3059<br>Milwaukee, WI 53201-3059 | 21 | 208.35 |
| Total Unclaimed/Small<br>Dividends $25.00 or under | | Total Unclaimed<br>Dividends Over $25.00<br>$208.35 |

Dated: October 11, 2011          /s/D. William Davis

```
                                    D. William Davis,
                                    Atty. Reg. No. 0019639
                                    DAVIS LAW OFFICE
                                    407-A Howard Street
                                    Bridgeport, OH 43912
                                    Telephone:  (740) 635-1217
                                    Fax:  (740) 633-9843
                                    dwilliamdavis@comcast.net
```